**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

| | |
|---|---|
| IN RE: Edwy F Reyes | CASE NO.: 18–11947–cgm |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–0940 | CHAPTER: 13 |

## NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Cecelia G. Morris in this Chapter 13 case.

Edwy F Reyes was dismissed from the case on January 22, 2019 .

Dated: January 22, 2019                                  Vito Genna
                                                         Clerk of the Court